*So Ordered*
*Anne E Thompson* USD
*Reschedule 30*
*1/27/17*



RECEIVED
JAN 27 2017
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

PAUL J. FISHMAN
United States Attorney

Fabiana Pierre-Louis
Assistant United States Attorney

*Clarkson S. Fisher Building*
*U.S. Courthouse*
*402 East State Street, Room 430*
*Trenton, New Jersey 08608*

609-989-2190
Direct: 609-989-0566

January 27, 2017

The Honorable Anne E. Thompson
United States District Judge
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:   United States v. Laurie Matthews
            Criminal No. 16-388 (AET)

Dear Judge Thompson:

    The sentencing in the above-referenced matter is currently scheduled for Thursday, February 2, 2017. The United States respectfully requests that this matter be adjourned and rescheduled for another date. Defendant is currently under consideration to participate in this district's Pretrial Opportunity Program ("POP"). As a result, the government requests an adjournment of the sentencing. Defense counsel has no objection. Please feel free to contact me with any questions or concerns.

    Thank you for your consideration.

                            Respectfully submitted,

                            PAUL J. FISHMAN
                          United States Attorney

                          By: Fabiana Pierre-Louis
                          Assistant U.S. Attorney

cc: Joshua Markowitz, Esq., counsel for the defendant (*via e-mail*)
    Maryellyn Muller, Supervisory U.S. Probation Officer (*via e-mail*)